Hankins, Admr., *v.* United News Transportation Co., Appellant.

Argued December 4, 1947; reargued January 16, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Thomas Raeburn White*, with him *C. Laurence Cushmore, Jr.*, and *White & Williams*, for appellant.

*G. Fred DiBona*, with him *James F. Masterson*, for appellee.

PER CURIAM, March 22, 1948:

This appeal presents, inter alia, the same question as that decided this day in *DeWaele v. Metropolitan Life Insurance Company*, p. 574 supra. For the reasons there given and, particularly, on the authority of *Lipsky v. Stolzer*, 236 Pa. 151, 153-154, 84 A. 688, jurisdiction of the instant appeal is likewise lacking.

Appeal quashed at the appellant's costs.